EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José A. Candelario Lajara | 2017 TSPR 59 <br><br> 197 DPR ____ |

Número del Caso: TS-6859

Fecha: 20 de abril de 2017

Abogado de la peticionaria:

      Lcda. Mercedes Marrero de Bauermeister

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

José A. Candelario Lajara                    TS-6859

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de abril de 2017.

Examinada la *Moción de Reconsideración y Solicitud de Reinstalación* presentada por el Sr. José A. Candelario Lajara y en consideración al *Informe Final sobre el Estado de la Obra Protocolar* presentado por el Director de la Oficina de Inspección de Notarías (ODIN), reinstalamos al Lcdo. José A. Candelario Lajara a la práctica de la abogacía y la notaría. Se le apercibe que, en lo sucesivo, de incurrir en la misma conducta, entenderemos que tal actuación constituye una falta de interés en continuar ejerciendo la profesión, lo que conllevará la imposición de medidas disciplinarias más severas, incluyendo la suspensión indefinida de la práctica legal.

Notifíquese personalmente y publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo